IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 09-33786 |
| ) | |
| EDWARD F GLOWANIA ) | Chapter 7 Bankruptcy |
| CHRISTINE D GLOWANIA ) | |
| Debtors. ) | |

## MOTION TO SELL DEBTORS' INTEREST IN ANNUITY

Comes now Rebecca Hoyt Fischer, Trustee, and for Motion to Sell Debtors' Interest in Annuity states:

1. That the Debtor, Edward F. Glowania, has a one-half interest in an annuity as a beneficiary of his deceased father. The annuity calls for payments in the amount of $20,000.00 every five years for the guaranteed period of 50 years from March 15, 1984. The Debtor asserted no exemption for the annuity.

2. Based on the terms of the annuity agreement, there remain five payments yet to be paid with the next payout in the year 2014, leaving a net amount to the estate in the amount of $50,000.00.

3. The Trustee has received an offer to purchase from John A. Palumbo the Debtor's interest in that annuity for the total sum of $4,200.00. The offer stated includes a break-up fee of $500.00 that will be due in the event that another bidder should purchase the asset.

4. The amount offered is the highest and best amount that could be received for this asset due to the high risk nature of this asset. Those risks include whether the insurance company holding the annuity will still be in business for the final payment due 24 years from now. In addition, the payments are spread out over a very long length of time and the dividends are split between two parties.

5. It would be in the best interest of the creditors and of the estate if the Trustee were allowed to sell the Debtor's interest in the annuity to the highest bidder.

6. The Trustee asserts this to be notice to all creditors of their right and ability to bid a higher amount if they so choose with the minimum bid being $5,000.00. If no objections or other bids are received by the Court and the Trustee by **5:00 p.m. local time on November 30, 2009** (the "Bid Deadline"), the interest will be sold to John A. Palumbo for the amount of $4,200.00. If a party would like to submit a bid, the party shall submit a written bid to 112 W. Jefferson Blvd., Suite 310, South Bend, IN 46601 with certified funds payable to Rebecca H. Fischer, Trustee, in the amount of $5,000.00 or above (their bid amount) to upset the current bid.

If additional bids are received, Mr. Palumbo and all other bidders will be notified by telephone or email of the current bid amount and may submit additional bids until the Bid Deadline.

Wherefore, Trustee prays that she be authorized to accept the sum of $4,200.00, or higher bids if received, in exchange for Debtors' interest in the annuity and be authorized to issue and executed any documents as necessary upon the receipt of the funds which shall be forwarded to the Trustee within ten days of the Court's order approving the sale, and for all other proper relief.

| Dated:  11/06/2009 | /s/ Rebecca H. Fischer<br>Rebecca Hoyt Fischer<br>Bar No. 10537-72<br>LADERER & FISCHER, P.C.<br>112 West Jefferson Blvd., Ste. 310<br>South Bend, IN 46601<br>Telephone: (574) 284-2354<br>Facsimile: (574) 284-2356 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

U.S. Trustee                                            Bradley J. Adamsky
USTPRegion10.SO.ECF@usdoj.gov    bjadamsky@nlkj.com

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

EDWARD F GLOWANIA                      CHRISTINE D GLOWANIA
1258 GOLDRING                                  1258 GOLDRING
LA PORTE IN 46350                             LA PORTE IN 46350

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer